# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONAL MEDICAL CENTER OF SAN JOSE,<br><br>                  Plaintiff,<br><br>    v.<br><br>WH ADMINISTRATORS, INC, RHC MANAGEMENT HEALTH & WELFARE TRUST, RHC MANAGEMENT CO, LLC d/b/a MCDONALD'S, BENEFIT ADMINISTRATIVE SYSTEM, LLC, THE PHIA GROUP, LLC,<br><br>                  Defendants. | Case No.: 5:17-cv-03357-EJD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING RESPONSE TO COMPLAINT AND BRIEFING SCHEDULE** |

## **ORDER**

Having read and considered the parties' Joint Stipulation the Court finds good cause to extend the time by which Defendants shall answer or otherwise plead in response to the Complaint and for a briefing schedule with respect to any motions filed by Defendants in response to the Complaint, as follows:

1. Defendant shall have until August 4, 2017 to answer or otherwise plead in response to the Complaint.

2. Plaintiff shall have until September 4, 2017 to oppose any responsive motion to the Complaint.

3. Defendant shall have until September 18, 2017 to file any reply in support of any responsive motion to the Complaint.

**IT IS SO ORDERED**

DATED: July 10, 2017

HON. JUDGE EDWARD J. DAVILA
DISTRICT COURT JUDGE