HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| REGIONAL MEDICAL CENTER OF SAN JOSE,<br><br>Plaintiff,<br><br>vs.<br><br>WH ADMINISTRATORS, INC.; RHC MANAGEMENT HEALTH & WELFARE TRUST; RHC MANAGEMENT CO., LLC d/b/a/ MCDONALD'S; BENEFIT ADMINISTRATIVE SYSTEMS, LLC; THE PHIA GROUP, LLC,<br><br>Defendants. | Case No. 17-cv-03357-EJD<br><br>**[~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT THE PHIA GROUP'S MOTION TO DISMISS**<br><br>Trial Date:       None Set |

# **ORDER**

Having read and considered the parties' Joint Stipulation Regarding Briefing Schedule for Defendant The Phia Group's Motion to Dismiss, the Court finds good cause to extend the briefing schedule with respect to any motions filed by Defendants in response to the Complaint, as follows:

1. Plaintiff shall have until September 4, 2017 to oppose Defendant The Phia Group's Motion to Dismiss;

2. Defendant The Phia Group shall have until September 18, 2017 to file any Reply in support of its Motion to Dismiss.

**IT IS SO ORDERED.**

DATED: July 13, 2017

HON. JUDGE EDWARD J. DAVILA
DISTRICT COURT JUDGE