1  STEPHANIE F. JONES (CA BAR #303584)
   GORDON REES SCULLY MANSUKHANI, LLP
2  One North Franklin
   Suite 800
3  Chicago, Illinois 60606
   Telephone: (312) 980-6766
4  Facsimile: (312) 565-6511
   Email: sfjones@grsm.com

*Attorneys for Defendant Benefit Administrative Systems, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Regional Medical Center of San Jose<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>WH Administrators, Inc., et al.<br><br>　　　　　　　　　Defendant. | CASE NO. 5:17-cv-03357-EJD<br><br>**[PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT THE BENEFIT ADMINISTRATIVE SYSTEM'S LLC'S MOTION TO DISMISS**<br><br>Date: 08/01/2017<br>Judge: Judge Edward J. Davila |

## **ORDER**

Having read and considered the parties' Joint Stipulation Regarding Briefing Schedule for Defendant Benefit Administrative System's Motion to Dismiss, the Court finds good cause to extend the briefing schedule with respect to any motions filed by Defendants in response to Complaint, as follows:

1. Defendant Benefit Administrative System shall have until August 11, 2017 to file Answer or Motion to Dismiss.

2. Plaintiff shall have until September 12, 2017 to file any Opposition to a Motion to Dismiss.

3. Defendant Benefit Administrative System shall have until September 18, 2017 to

file Reply in Support of Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                          Honorable Judge Edward J. Davila

CASE NO. 5:17-CV-03357-EJD
[PROPOSED] ORDER REGARDING DEFENDANT BAS RESPONSE TO COMPLAINT AND BREIFING SCHEDULE