AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Regional Medical Center of San Jose
                 Plaintiff (s),

V.

WH Administrators, INc., et al
                 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:17-cv-003357 EJD

Notice is hereby given that, subject to approval by the court, __Benefit Administrative Systems LLC__ substitutes
                                                                                    (Party (s) Name)

__Horace W. Green, Buchman Provine Brothers Smith LLP__, State Bar No. __115699__ as counsel of record in
(Name of New Attorney)

place of __Stephanie T. Jones/James Brandon Hiller, Gordon & Rees Scully Mansukhani__.
                                                       (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Buchman Provine Brothers Smith LLP
    Address: 2033 N. Main St., Suite 720, Walnut Creek, Ca 94596
    Telephone: (925) 944-9700      Facsimile (925) 944-9701
    E-Mail (Optional): hgreen@bpbsllp.com

I consent to the above substitution.
Date: 11/22/17
                                                      (Signature of Party (s))

I consent to being substituted.
Date: _____
                                                      (Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____
                                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 7, 2017
                                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# UNITED STATES DISTRICT COURT

Northern District of California

Regional Medical Center of San Jose
      Plaintiff (s),

V.

WH Administrators, INc., et al
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:17-cv-003357 EJD

Notice is hereby given that, subject to approval by the court, __Benefit Administrative Systems LLC__ substitutes
                    (Party (s) Name)

__Horace W. Green, Buchman Provine Brothers Smith LLP__, State Bar No. __115699__ as counsel of record in
(Name of New Attorney)

place of __Stephanie T. Jones/James Brandon Hiller, Gordon & Rees Scully Mansukhani__.
      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Buchman Provine Brothers Smith LLP
Address: 2033 N. Main St., Suite 720, Walnut Creek, Ca 94596
Telephone: (925) 944-9700    Facsimile (925) 944-9701
E-Mail (Optional): hgreen@bpbsllp.com

I consent to the above substitution.
Date: _____    _____
                         (Signature of Party (s))

I consent to being substituted.
Date: 11/16/17    *James B. Hiller*
                     (Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____    _____
                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 7, 2017    _____
                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Regional Medical Center of San Jose

Plaintiff (s),

V.

WH Administrators, INc., et al

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:17-cv-003357 EJD

Notice is hereby given that, subject to approval by the court, __Benefit Administrative Systems LLC__ substitutes
(Party (s) Name)

__Horace W. Green, Buchman Provine Brothers Smith LLP__, State Bar No. __115699__ as counsel of record in
(Name of New Attorney)

place of __Stephanie T. Jones/James Brandon Hiller, Gordon & Rees Scully Mansukhani__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Buchman Provine Brothers Smith LLP
Address: 2033 N. Main St., Suite 720, Walnut Creek, Ca 94596
Telephone: (925) 944-9700     Facsimile (925) 944-9701
E-Mail (Optional): hgreen@bpbsllp.com

I consent to the above substitution.
Date: _____

_____
(Signature of Party (s))

I consent to being substituted.
Date: _____

_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/22/17

_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 7, 2017

_[signature]_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]