**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| REGIONAL MEDICAL CENTER OF SAN JOSE,<br><br>Plaintiff,<br><br>vs.<br><br>WH ADMINISTRATORS, INC.; RHC MANAGEMENT HEALTH & WELFARE TRUST; RHC MANAGEMENT CO., LLC d/b/a/ MCDONALD'S; BENEFIT ADMINISTRATIVE SYSTEMS, LLC; THE PHIA GROUP, LLC,<br><br>Defendants. | Case No. 17-cv-03357-EJD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS**<br><br>[Hon. Edward J. Davila]<br><br>Trial Date:   None Set |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation** (ENE) (ADR L.R.5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ Private ADR (Specify process and provider)
  Mediation with a mutually-selected neutral through JAMS

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: April 30, 2018

Dated: December 8, 2017     HOOPER, LUNDY & BOOKMAN, P.C.

By: */s/ Eric D. Chan*
Eric D. Chan
Attorneys for Regional Medical Center

Dated: December 8, 2017     MATTHIESEN, WICKERT & LEHRER, S.C.

By: */s/ Ryan Woody*
Hector Salitrero
Ryan Woody
Attorneys for THE PHIA GROUP, LLC

Dated: December 8, 2017     SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP

By: */s/ Ronald S. Kravitz*
Ronald S. Kravitz
Attorneys for WH ADMINISTRATORS, INC.

| | |
|---|---|
| Dated: December 8, 2017 | BUCHMAN PROVINE BROTHERS SMITH LLP |

By: _____*/s/ Horace W. Green*_____
Horace W. Green
Attorneys for BENEFIT ADMINISTRATIVE SYSTEMS, LLC

| | |
|---|---|
| Dated: December 8, 2017 | CLAPP, MORONEY, VUCINICH, BEEMAN, AND SCHELEY |

By: _____*/s/ Paul S. Sheng*_____
Paul S. Sheng
Attorneys for RHC MANAGEMENT CO., LLC AND RHC MANAGEMENT HEALTH & WELFARE TRUST

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), Eric D. Chan hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

ORDER

☒ IT IS SO ORDERED

☐ IT IS SO ORDERED WITH MODIFICATIONS:

DATED: December 11, 2017

_____
JUDGE OF THE DISTRICT COURT