# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGIONAL MEDICAL CENTER OF SAN JOSE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WH ADMINISTRATORS, INC., et al.,<br><br>　　　　Defendants. | Case No. 5:17-cv-03357-EJD<br><br>**JUDGMENT** |

Defendant's motion to dismiss having been granted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

Dated: December 20, 2017

　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:17-cv-03357-EJD
JUDGMENT

1