UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGIONAL MEDICAL CENTER OF SAN JOSE,<br><br>    Plaintiff,<br><br>    v.<br><br>WH ADMINISTRATORS, INC., et al.,<br><br>    Defendants. | Case No.  5:17-cv-03357-EJD<br><br>**ORDER RE MR. RONALD KRAVITZ'S MOTION TO WITHDRAW**<br><br>Re: Dkt. Nos. 103, 112 |

On June 24, 2020, this Court conditionally granted Mr. Ronald Kravtiz's motion to withdraw. The Court ordered Mr. Kravitz to (1) mail a copy of the Court's June 2020 order to Defendant WHA at its last known address and (2) email a copy of the Order to Defendant WHA's last email address by July 1, 2020. Due to a scheduling error, Mr. Kravtiz did not send the Order to Defendant WHA until August 19, 2020. He also attempted to call the former CEO of Defendant WHA, but did not receive an answer. *See* Dkt. 112.

Because Mr. Kravtiz has completed the requirements listed in the Court's June 2020 order, the Court **GRANTS** Mr. Kravitz's motion to withdrawal. Pursuant to Civil Local Rule 11-5(b), all papers in this case may continue to be served on Mr. Kravitz for forwarding to Defendant WHA unless and until Defendant WHA appears by other counsel. Receipt of documents by Mr. Kravitz for Defendant WHA does not constitute receipt of formal notice on WHA.

**IT IS SO ORDERED.**

Dated: August 20, 2020

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-03357-EJD
ORDER RE MR. RONALD KRAVITZ'S MOTION TO WITHDRAW
1